# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157354(41)

PAUL EUGENE NASEMAN,
      Plaintiff-Appellant,

v

JOHN W. RAVEN,
      Defendant-Appellee.

_____/

SC: 157354
COA: 339480
Montcalm CC: 2017-022387-NM

      On order of the Chief Justice, the motions of plaintiff-appellant to appoint counsel to assist him in the proceedings before this Court and to strike the answer filed by defendant-appellee are DENIED. On further order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 10, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk